IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01098-BNB

ELI C. ANDRADE,

    Plaintiff,

v.

DINO MARTINEZ,
CHRISTOPHER J. MORLEY,
EVAN C. CRIST,
MIKE GARLAND/MILLIE OLDHAM,
LISA GLASKO,
MELISSA HOWE,
EMPLOYEES OF TIME TO CHANGE COMMUNITY CORRECTIONS PROGRAM,
ALLYSON WEIKLE/DANA MADRID, and
DANA MADRID (Westminster Parole Office),

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 07 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff Eli C. Andrade initiated this action by filing *pro se* a Prisoner Complaint. In an order filed on May 23, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Andrade to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Andrade to file a complaint in which the names in the caption match the names in the text and either to pay the filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Andrade was warned that the complaint and the action would be dismissed without further notice if he failed to cure the deficiency within thirty days.

On June 2, 2008, the copy of Magistrate Judge Boland's May 23 order that was mailed to Mr. Andrade at the address he provided was returned to the Court undelivered. The returned envelope is marked "UTF/622" and stamped "NOT DELIVERABLE AS ADDRESSED UNABLE TO FORWARD." Mr. Andrade has not filed a notice of change of address in this action.

Pursuant to Rule 10.1M. of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, a party must file a notice of new address and telephone number within ten days of any change of address or telephone number. Mr. Andrade has failed to comply with the Court's local rules and, as a result, he has failed to cure the deficiencies in this action. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 2 day of July, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01098-BNB

Eli C. Andrade
Prisoner No. 81861
1450 E. 62nd Avenue
Denver, CO 80216

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/7/8

                            GREGORY C. LANGHAM, CLERK

                            By: _____
                                    Deputy Clerk